

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com   c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com   c 917.238.9332

November 3, 2023

<u>VIA ECF</u>
Hon. Jessica G.L. Clarke
United States Courthouse
500 Pearl Street
New York, NY 10007



Re**:** United States v. Kyrin Conyers, 23 Cr. 457 and 17 Cr. 94 (JGLC)

Dear Judge Clarke:

I represent Kyrin Conyers in the above referenced cases. A change of counsel conference is currently scheduled for November 7, 2023, at 3pm. Mr. Conyers has informed me that he has an outside medical appointment that day and therefore will be unable to attend the conference. After consultation with the government, I respectfully request that this conference be adjourned to November 9th between 1pm and 2:30pm or November 13th any time after 11:30am.

The status conference scheduled for November 7, 2023 is ADJOURNED to November 13, 2023 at 3:00 p.m. in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. The Clerk of Court is directed to terminate the letter motion at ECF No. 35 and 37.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: November 3, 2023
        New York, New York

Respectfully submitted,

*Christine Delince*
Christine Delince, Esq.