UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>KYRIN CONYERS, et al.,<br><br>Defendants. | 23-CR-457 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The Court has considered the arguments the parties raised during the conference on January 25, 2024 regarding Mr. Figuereo's bail conditions, along with the letters submitted by counsel for Mr. Figuereo and the Government (ECF Nos. 43–45). Based on Mr. Figuereo's demonstrated compliance with bail conditions for the past five months and based on the recommendation of Pretrial Services, the Court modifies Mr. Figuereo's bail condition to curfew on weekdays with hours set by Pretrial Services and enforced by GPS monitoring. Mr. Figuereo shall remain on home detention on the weekends. The Court finds that these are the least restrictive conditions that will still reasonably assure the appearance of Mr. Figuereo and will not endanger the safety of any other person or the community.

The Clerk of Court is directed to terminate ECF Nos. 43 and 44.

Dated: January 26, 2024
New York, New York

SO ORDERED.

_Jessica Clarke_
JESSICA G. L. CLARKE
United States District Judge