UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  -against-<br><br>KYRIN CONYERS, et al.,<br><br>                                          Defendant. | 23-CR-457 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      The Court has considered the arguments the parties raised in their letters regarding Mr. Muhammad's request to modify his bail conditions. *See* ECF Nos. 48–50. Pretrial Services consents to Mr. Muhammad's request. The Government, however, objects to the request arguing that Mr. Muhammad is a danger to the community. Specifically, the Government alleges that in 2020, after a dispute, Mr. Muhammad fired a gun at someone in the courtyard of an apartment building. The state ultimately dismissed charges against Mr. Muhammad related to this shooting, and Judge Cave, who presumably considered these allegations at his initial appearance, did not find that they warranted Mr. Muhammad's pretrial detention.

      Furthermore, Mr. Muhammad, over the last five months, has consistently complied with his bail conditions, has participated in the Getting Out Staying Out program, and has obtained part-time employment. Based on Mr. Muhammad's demonstrated compliance with bail conditions and based on the consent of Pretrial Services, the Court modifies Mr. Muhammad's bail condition to curfew on weekdays with hours set by Pretrial Services and enforced by GPS monitoring. Mr. Muhammad shall remain on home detention on the weekends. The Court finds that these are the least restrictive conditions that will still reasonably assure the appearance of Mr. Muhammad and will not endanger the safety of any other person or the community.

Dated: February 16, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge