UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                          :
:
:
      -v-                                                         :   23-CR-457 (JGLC)
:
KYRIN CONYERS, ET AL.,                                            :   SCHEDULING ORDER
:
            Defendants.                                           :
:
------------------------------------------------------------------X

JESSICA G. L. CLARKE, United States District Judge:

      As ORDERED at the status conference held on **February 4, 2025**, trial in this case is scheduled for **July 7, 2025** at **10:00 a.m.** As discussed, the BOP is to move forward with Mr. Conyers' surgery as expeditiously as possible so that trial can occur as scheduled. *See* ECF No. 105.

      It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by **June 11, 2025**. Any opposition to a motion *in limine* or trial memorandum shall be filed by **June 18, 2025**.

      Also on **June 11, 2025**, in accordance with the Court's Individual Trial Rules and Practices, available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke, the parties shall submit the proposed *voir dire*, proposed jury instructions, and proposed verdict forms by email to the Court (ClarkeNYSDChambers@nysd.uscourts.gov) as Microsoft Word documents. The parties shall also email to the Court and opposing counsel the parties' exhibit list and related requirements in the Court's Individual Rule 1(f).

      It is further ORDERED that the parties appear for a final pretrial conference on **June 25, 2025**, at **10:00 a.m.** in **Courtroom 11B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

      The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 57 and 100.

Dated: February 6, 2025            SO ORDERED.
       New York, New York

                                                *Jessica Clarke*
                                                JESSICA G. L. CLARKE
                                                United States District Judge