UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>KYRIN CONYERS, ET AL.<br><br>Defendant. | 23-CR-457 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

    IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for April 9, 2025 at 10:00 a.m., is ADJOURNED pending further order from the Court.

Dated: April 8, 2025
       New York, New York

                              SO ORDERED.

                              */s/ Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge