UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>KYRIN CONYERS, ET AL.,<br>           Defendants. | 23-CR-457 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The status conference originally scheduled for April 9, 2025 at 10:00 a.m. is hereby RESCHEDULED to **May 22, 2025 at 12:00 p.m.** in Courtroom 11B, 500 Pearl Street, New York, New York, 10007.

Dated: April 9, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge