UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KYRIN CONYERS, ET AL.

                      Defendant.

23-CR-457 (JGLC)

**SCHEDULING ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court sets the following schedule for trial:

Trial in this case is scheduled for **November 17, 2025** at **10:00 a.m.**

| October 17, 2025 | Joint proposed voir dire<br>Joint proposed jury instructions<br>Joint proposed verdict forms<br>Request to Charge<br>Motions *in limine* |
|---|---|
| October 24, 2025 | Oppositions to motions *in limine* |

Also on **October 17, 2025**, in accordance with the Court's Individual Trial Rules and Practices, available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke, the parties shall submit the proposed *voir dire*, proposed jury instructions, and proposed verdict forms by email to the Court (ClarkeNYSDChambers@nysd.uscourts.gov) as Microsoft Word documents. The parties shall also email to the Court and opposing counsel the parties' exhibit list and related requirements in the Court's Individual Rule 1(f).

It is further ORDERED that the final pretrial conference previously scheduled for February 9, 2026 will now be held on **November 6, 2025**, at **10:00 a.m.** in **Courtroom 11B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 130.

Dated: May 29, 2025
       New York, New York

                                                    SO ORDERED.

                                                    JESSICA G. L. CLARKE
                                                    United States District Judge