Law Offices of
# Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Office phone:  (212) 226-2883
Mobile phone:  (917) 549-6818

**NJ address:**
135 Prospect Street
Ridgewood, NJ  07450

**NY address:**
52 Duane Street, 7th floor
New York, NY  10007

October 2, 2025

Hon. Jessica G. L. Clarke
United States District Judge
500 Pearl Street
New York, NY  10007



Re:    United States v. Conyers, 23-cr-00457-JGLC

Dear Judge Clarke:

    Anna Sideris and I are CJA counsel for Mr. Kyrin Conyers.  Due to scheduling issues involving defense counsel, we respectfully request that the trial in this matter be delayed to approximately January 26, 2026.

    With the consent of the Government, the defense respectfully requests that time from today until January 26, 2026 be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).  The adjournment is necessary to guarantee effectiveness of counsel and prevent any possible miscarriage of justice.  The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial.

    Thank you for your courtesy and attention to this matter.

Sincerely,

/s/
Donald Yannella, Esq.

Application GRANTED. The trial scheduled for November 17, 2025 is ADJOURNED to January 26, 2026 at 10:00 a.m.  It is further ORDERED that the final pretrial conference, previously scheduled for November 6, 2025, will now be held on January 20, 2025 at 10:00 a.m. The Court finds that the ends of justice served by excluding the time between November 17, 2025 and January 26, 2026, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C.§ 3161(h)(7)(A) because, among other things, the adjournment is necessary to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. It is hereby ORDERED that the time between November 17, 2025 and January 26, 2026, is excluded. The Clerk of Court is respectfully directed to terminated the letter motion at ECF No. 142.

SO ORDERED.

Dated: October 9, 2025
    New York, New York

JESSICA G. L. CLARKE
United States District Judge