

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 12, 2025

**BY ECF**
The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:    ***United States v. Kyrin Conyers*, 23 Cr. 457 (JGLC)**

Dear Judge Clarke:

The Government respectfully requests, with the consent of the defendant, that the time between today and the trial scheduled for January 26, 2026, be excluded with respect to the charges in Indictment (S1) 23 Cr. 457 (JGLC) (the "S1 Indictment"), pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).[1]  A grand jury in this District returned the S1 Indictment on November 25, 2026.  (*See* Dkt. 146.)  The parties scheduled an arraignment on the S1 Indictment before the duty magistrate judge for December 8, 2025, and rescheduled it for December 12, 2025, and planned to orally move to exclude time at the arraignment.  The defendant was not produced for court on either of those dates, however, and the parties are therefore currently in the process of rescheduling the arraignment before the duty magistrate judge for next week.[2]

*[Remainder of page left intentionally blank]*

---

[1] Time was previously excluded as to the charges in the original indictment until the January 26, 2026 trial date.  (*See* Nov. 20, 2025 docket entry (memorializing oral order excluding time).)

[2] The Government understands from the United States Marshals Service that the defendant refused to be produced on December 8 and December 12 for the stated reason that he was sick both days.

While it is the Government's position that the Speedy Trial clock does not begin to run until the date the defendant is arraigned, out of an abundance of caution, the Government seeks the proposed exclusion between today and the January 26, 2026 trial date to ensure that, to the extent the Speedy Trial clock is running, no additional time runs off the clock. The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to prepare for trial, including the preparation of pretrial motions and other pretrial filings. Defense counsel has informed the Government that they consent to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____/s/_____

Frank J. Balsamello / Lisa Daniels /
Adam Z. Margulies
Assistant United States Attorneys
Southern District of New York
(212) 637-2325 / -2955 / -2345

cc (by ECF):   All Counsel of Record

Application GRANTED. The Court finds that the ends of justice served by excluding the time as to the Superseding Indictment between December 15, 2025 and January 26, 2026, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) pursuant to the provisions of the Speedy Trial Act. It is hereby ORDERED that the time between December 15, 2025 and January 26, 2026, is excluded. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 157.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: December 15, 2025
       New York, New York