UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KYRIN CONYERS,
a/k/a "Kyro,"

Defendant.

**Order**

23 Cr. 457 (JGLC)

The United States Marshals Service ("USMS") and the Bureau of Prisons ("BOP") are requested to produce the defendant, Kyrin Conyers, USM # 78618-054, in the above captioned case for a deposition scheduled on January 20, 2026, to be held at 500 Pearl Street, New York, New York.

In the event that the defendant refuses to leave the facility in which he is held, or refuses to comply with any rules or procedures of the USMS or the BOP regarding his transportation to the deposition, the USMS and the BOP may use such force as is reasonably necessary to bring the defendant to the deposition for the defendant's scheduled appearance.

SO ORDERED.

Dated: January 20, 2026
New York, New York

_____
HONORABLE JESSICA G. L. CLARKE
UNITED STATES DISTRICT JUDGE