UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

UNITED STATES OF AMERICA    :

    :

    :    **ORDER**

   - against -    :

    :    23 Cr 457 (JGLC)

KYRIN CONYERS    :

    :

    Defendant.    :

-------------------------------------X

JESSICA G. L. CLARKE, U.S.D.J.

Upon the application of Donald Yanella and Michael Bradley, counsel for **KYRIN CONYERS,** a defendant in the above captioned case;

**IT IS HEREBY ORDERED**, that the Metropolitan Detention Center (MDC Brooklyn) allow the following clothing to be admitted for Kyrin Conyers for his upcoming trial scheduled for Monday, January 26th, 2026:

1.   2 Slacks

2.   2 Sweaters/Suit Jackets

3.   2 Shirts

4.   2 Pairs of Socks

5.   1 Pair of Shoes

6.  Belt

Dated: New York, New York
     January 21, 2026

S O  O R D E R E D:

*Jessica Clarke*

_____

HON. JESSICA G. L. CLARKE
UNITED STATES DISTRICT JUDGE