UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

KYRIN CONYERS,
     a/k/a "Kyro,"

Defendant.

23 Cr. 457 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Donald Yannella and Michael Bradley, counsel for KYRIN CONYERS in the above captioned case, have moved to unseal certain Bronx County Criminal Court and Bronx County Supreme Court files, as described below. ECF No. 185. The Government does not oppose the motion. ECF No. 186.

IT IS HEREBY ORDERED that the Bronx County Criminal Court and Bronx County Supreme Court unseal any criminal case complaints, filed on or about September 8, 2023, and criminal court files charging firearm possession on or about September 6, 2023, at 997 E. 179th Street, Apartment 1J, Bronx, New York, for the following individuals:

Loucchie Brown – NYSID 11776493N

Quadir Corbett – NYSID 13585661M

Bilal Dalton – NYSID 13034335Z

Karizma Davis – NYSID 14068882H

Lucille Patterson – NYSID 12494016P

Marvin Thomas – NYSID 12120978K

and provide the same to Mr. Conyers' attorneys, Donald Yannella and Michael Bradley, no later

than January 26, 2026.

Dated:  January 23, 2026
          White Plains, New York

SO ORDERED.

_____

JESSICA G. L. CLARKE
United States District Judge