UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      -v-<br><br>KYRIN CONYERS,<br>    a/k/a "Kyro,"<br><br>           Defendant. | 23 Cr. 457 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

After a jury trial, the jury returned a verdict of guilty on all three counts against Kyrin

Conyers. The Court Exhibits from the jury trial are attached to this Order as follows:

- Court Exhibit 1: Draft Voir Dire

- Court Exhibit 2: Draft Preliminary Charge

- Court Exhibit 3: Draft PowerPoint for Preliminary Charge

- Court Exhibit 4: Final Voir Dire

- Court Exhibit 5: Final Preliminary Charge

- Court Exhibit 6: Final PowerPoint for Preliminary Charge

- Court Exhibit 7: Draft Final Annotated Jury Instructions

- Court Exhibit 8: Criminal Jury Strike Sheet – Defendant

- Court Exhibit 9: Criminal Jury Strike Sheet – Government

- Court Exhibit 10: Final Annotated Jury Instructions

- Court Exhibit 11: Final Unannotated Jury Instructions

- Court Exhibit 12: Draft Verdict Form

- Court Exhibit 13: Final Verdict Form

- Court Exhibit 14: Final Admitted Exhibits Index

- Court Exhibit 15: Jury Note 1 (received February 2, 2026, at 4:25 p.m.)

- Court Exhibit 16: Jury Note 2 (received February 3, 2026, at 12:57 p.m.)

Dated: February 5, 2026
      New York, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge