UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

          v.                                  23 Cr. 457 (JGLC)

KYRIN CONYERS,
      a/k/a "Kyro,"

                Defendant.

JESSICA G. L. CLARKE, United States District Judge:

      The Court has received letters from the Government and Matthew Russell Lee from *Inner City Press* regarding access to sealed exhibits and testimony of the UC during this case. See ECF Nos. 195–200.

      As an initial matter, the Government is correct that the Court, in addition to making an audio feed of the UC's testimony available in another courtroom, also permitted one member of the Court's press pool to be present in the courtroom during the UC's testimony. The Court understands that no member of the press, including Mr. Lee, sought to be present in the courtroom.

      Nonetheless, the Government must still comply with its obligations to make public the UC's testimony and redacted versions of the exhibits. The Court understands that the Government has made most exhibits available through a fileshare link to Mr. Lee, and trial testimony available through the court reporter's office. It appears there may be an issue with Mr. Lee's access to the exhibits that the Government attempted to share. The Government shall confer with Mr. Lee and submit a letter to the Court by February 18, 2026, confirming that Mr. Lee has access to the fileshare documents.

With respect to the buy videos, the Government is now concerned about making public the videos with the UC's face blurred but that still includes the UC's voice, which the Government claims is distinct enough that it could be used to identify the UC if the videos were made public. ECF No. 195 at 1. The Court agrees that given the distinct voice of the UC, it could be used to identify him if made publicly available. However, it appears that Mr. Lee has offered to accept the videos without sound. As such, in its February 18, 2026 letter, the Government shall also respond to whether it has any objection to providing the videos to Mr. Lee without sound, with the UC's face blurred, along with the corresponding transcripts for those buy videos.

Dated: February 15, 2026
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge