

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 25, 2026

**BY ECF**
Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Kyrin Conyers*, S1 23 Cr. 457 (JGLC)

Dear Judge Clarke:

    Since last week's letter, the Government has endeavored to totally redact the UC's face from all 13 buy videos admitted as exhibits at trial. As of tonight, 10 of the videos have been redacted, reviewed for completeness, and provided to Mr. Lee through the Government's filesharing site. The remaining three are expected to be completed by Monday, March 2, 2026. The Government can provide the Court a final update on or before that date, or simply notify the Court if anything impedes completion, or proceed
in any other manner the Court so directs.

                                                       Respectfully submitted,

                                                       JAY CLAYTON
                                                       United States Attorney

                                         By: _____
                                           Frank J. Balsamello / Lisa Daniels /
                                           Adam Z. Margulies
                                             Assistant United States Attorneys
                                             (212) 637-2325 / -2955 / -2345

CC:    Matthew Russell Lee, *Inner City Press* (by ECF)
        Michael Bradley, Esq., and Donald Yannella, Esq., *counsel for Kyrin Conyers* (by ECF)