

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 28, 2026

**BY ECF**
Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> Re:    *United States v. Kyrin Conyers*, S1 23 Cr. 457 (JGLC)

Dear Judge Clarke:

The Government writes to advise the Court that all 13 of the buy videos have been uploaded to the Government's filesharing system where each will remain accessible for 60 days from its loading date. Excerpts from two of the videos were immediately posted to Mr. Lee's *Inner City Press* X account, where they have been viewed more than 8,700 times in just two days. *See* https://x.com/innercitypress/status/2026910791077675197. Given the broad dissemination of these sensitive items—and the fact that they are now in the public domain, potentially forever—the Government again thanks the Court for granting enough time for a thorough redaction process.[1]

> Respectfully submitted,
>
> JAY CLAYTON
> United States Attorney
>
> By: _____
> Frank J. Balsamello / Lisa Daniels /
> Adam Z. Margulies
> Assistant United States Attorneys
> (212) 637-2325 / -2955 / -2345

CC:    Matthew Russell Lee, *Inner City Press* (by ECF)
       Michael Bradley, Esq., and Donald Yannella, Esq., *counsel for Kyrin Conyers* (by ECF)

---

[1] This process was especially necessary because Mr. Lee—contrary to an email representation he made to the Government on February 19, 2026—did not provide courtesy advanced notice of which video segments he planned to post, which would have allowed for additional, targeted review of those portions.