# Inner City Press

February 28, 2026

Honorable Jessica G. L. Clarke
United States District Judge Southern District of New York

Re: Reply to Assistant US Attorney's statement on his Office's late provided videos in United States v. Kyrin Conyers, S1 23 Cr. 457 (JGLC)

Dear Judge Clarke:

For Inner City Press, I write to respond to the AUSA's statement that this lengthy process of redacting all sound (which Inner City Press agreed to as an accomodation) and face "was especially necessary because Mr. Lee—contrary to an email representation he made to the Government on February 19, 2026—did not provide courtesy advanced notice of which video segments he planned to post, which would have allowed for additional, targeted review of those portions."

I wrote to the AUSAs on February 19 as part the conferral process, offering to save time, if they made the videos available, by then specifying which parts Inner City Press might use.

None of the addressees ever responded, and it was days later they put first seven, then after that the final three, up. There was no agreement, as they never responded; the portions Inner City Press has used to date don't even conceivably put anyone in danger.

This entire process shows why judges in this District should closely monitor the Office's requests to seal courtrooms going forward, and put specific time frames on the Office making available the exhibits they denied the public and press access to. Again, the Press does not work in league with the prosecutors, as at least two footnotes (and the entire tenor) of this back and forth implies.

Until the next time, thank you for your attention (and I hope to get up to the White Plains courthouse to cover your proceedings for Inner City Press).

Respectfully,

Matthew Russell Lee, Inner City Press

All counsel by ECF

Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.Lee@innercitypress.com - Tel: 718-716-3540
Regular Mail: Chinatown Station, Box 130222, New York, NY 10013