BRADLEY LAW FIRM
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

September 30, 2026

**VIA ECF**
Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

MEMO ENDORSED

Re: *United States v. Kyrin Conyers*
23 Cr. 457 (JGLC)

Dear Judge Clarke:

I and Donald Yannella, Esq. represent Kyrin Conyers in the above matter, currently scheduled for sentencing on October 22, 2026. At specific request of Mr. Conyers, I write to respectfully request an adjournment of sentencing, to a date convenient to the Court during the week of November 30 or December 7, 2026. This is the first request for an adjournment of sentencing, and the government opposes this request. An adjournment would permit the defense to obtain additional documentation we believe would assist the Court in determining an appropriate sentence. Accordingly, we request that the Court adjourn the sentencing to a date above convenient to the Court. We thank the Court for its time and consideration of this request.

Respectfully Submitted,

Michael D. Bradley
Donald J. Yannella
Attorneys for Kyrin Conyers

cc: AUSA Frank Balsamello
AUSA Lisa Daniels
AUSA Adam Margulies
(via ECF)

Application GRANTED. The sentencing hearing currently scheduled for October 22, 2026, at 11:00 a.m. is hereby ADJOURNED to December 7, 2026, at 11:00 a.m. Further extensions of this date are unlikely absent extraordinary circumstances. SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge

Dated: October 1, 2026
White Plains, New York