UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KYRIN CONYERS,

Defendant.

23-CR-457-1 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has received the letter from Mr. Conyers at ECF No. 230. The Government has indicated via email to the Court that it intends to oppose the extension request. The Government shall file its opposition by no later than **November 18, 2026**. Any response from Mr. Conyers' counsel is due by **November 20, 2026**.

Also pending before the Court is Defendant's motion for judgment of acquittal pursuant to Rule 29. For reasons the Court will outline at sentencing, that motion is DENIED.

The Clerk of Court is respectfully directed to terminate ECF No. 194.

Dated: November 16, 2026
New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge